UNSEALED PER ORDER OF COURT
11/13/19 *dls*

~~SEALED~~

FILED

2019 OCT 31 P 4: 46

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2019 Grand Jury

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

ZHIWEI LOOP LIAO (1),
  aka "Allen,"
ZHIMIN LIAO (2),
  aka "Jimmy,"
ZHITING LIAO (3),
  aka "Tim,"
XIAOMIN ZHONG (4),
  aka "Ming,"
PHILLIP PAK (5),
  aka "Teddy,"
DAO TRIEU LA (6),
  aka "Selena," aka "Denise,"
MENGMENG ZHANG (7),
  aka "Aria,"
TAM THI MINH NGUYEN (8),
  aka "Kelly," aka "Actheart,"
DEEDEE ZHU (9),
  aka "David," aka "Peter,"
DANNY TRAN CHAN (10),
  aka "Stanley,"
CHARLEY HSU (11),
JIAYE JIANG (12),
  aka "joejoekong," aka "yipkong,"
HYO WEON YANG (13),
  aka "Will,"
DMITRI PIGAROV (14),
  aka "Dima,"

          Defendants.

Case No. **19 CR 4407 BAS**

I N D I C T M E N T

Title 18, U.S.C., Sec. 1349 –
Conspiracy To Commit Mail Fraud
and Wire Fraud; Title 18, U.S.C.,
Sec. 1343 – Wire Fraud; Title 18,
U.S.C., Sec. 1341 – Mail Fraud;
Title 18, U.S.C., Sec. 2320 –
Conspiracy To Traffic in
Counterfeit Goods; Title 18,
U.S.C., Sec. 1028A – Aggravated
Identity Theft; Title 18, U.S.C.,
Secs. 1956(a)(2)(A), and 1956(h) –
Conspiracy To Launder Money;
Title 18, U.S.C., Sec. 2 –
Aiding and Abetting; Title 18,
U.S.C., Secs. 981(a)(1)(C) and
982(a)(1), and Title 28, U.S.C.,
Sec. 2461(c) – Criminal Forfeiture

**4:19mj2144**

United States Courts
Southern District of Texas
FILED

*November 14, 2019*

David J. Bradley, Clerk of Court

TFS:nlv:San Diego:10/31/19

The grand jury charges:

## INTRODUCTORY ALLEGATIONS

At various times relevant to this indictment:

### THE DEFENDANTS AND THEIR BUSINESSES

1.  Defendant ZHIWEI LOOP LIAO, aka "Allen" (hereafter "ZHIWEI") was married to defendant DAO TRIEU LA, aka "Selena," and "Denise," (hereafter "DAO"), and resided in San Diego, California.  ZHIWEI was brothers with ZHIMIN LIAO, aka "Jimmy" (hereafter "ZHIMIN"), and ZHITING LIAO, aka "Tim" (hereafter "ZHITING").  ZHIWEI owned and controlled two cell phone repair businesses: (1) Z-Tech Loop, LLC, and (2) Minutes Repair, as well as a home remodeling business, Freedom Renovation, that included space for Minutes Repair, and KZM Management Corporation.  DAO was listed as the chief executive officer of KZM Management Corporation.

2.  Defendant ZHIMIN was married to defendant TAM THI MINH NGUYEN, aka "Kelly" and "Actheart" (hereafter "TAM") and resided in San Diego, California.  ZHIMIN owned and controlled Mission Nails & Spa, which also included a space for Minutes Repair.  ZHIMIN was also listed as the chief financial officer of Freedom Renovation.

3.  Defendant ZHITING was married to MENGMENG ZHANG, aka "Aria" (hereafter "MENGMENG") and resided in San Diego, California.  ZHITING owned and controlled Good MRO.  ZHITING was also listed as the secretary of Freedom Renovation.

4.  Defendant XIAOMIN ZHONG, aka "Ming" (hereafter "XIAOMIN") was married to a sister of the LIAO brothers and resided in China.

5.  Defendants PHILLIP PAK, aka "Teddy" (hereafter "PHILLIP"), CHARLEY HSU (hereafter "CHARLEY"), DEEDEE ZHU, aka "David," (hereafter "DEEDEE"), HYO WEON YANG, aka "Will," (hereafter "HYO"), JIAYE JIANG, aka "joejoekong" and "yipkong," (hereafter "JIAYE"), and DMITRI PIGAROV,

1 | aka "Dima," (hereafter "DMITRI"), resided primarily in San Diego,
2 | California.

3 | **TRADEMARKS AND COUNTERFEIT MARKS**

4 | 6. A "trademark" was a word, phrase (such as a logo), symbol or
5 | design (such as an icon), or a combination thereof, which identifies and
6 | distinguishes the source of the goods of one particular manufacturer
7 | from those of other manufacturers. A trademark was often a valuable
8 | asset, equated with the goodwill of a business organization, which can
9 | influence consumers in purchasing decisions. A "word mark" and a "mark
10 | drawing" are types of trademarks. Trademarks were registered for use
11 | in connection with particular types of goods or services.

12 | 7. A counterfeit mark was: (a) a spurious mark used in connection
13 | with trafficking in goods; (b) identical with, or substantially
14 | indistinguishable from, a mark registered for those goods or services
15 | on the principal register of the United States Patent and Trademark
16 | Office and in use, whether or not defendants knew such mark was so
17 | registered; and (c) the use of which was likely to cause confusion, to
18 | cause mistake, or to deceive.

19 | **APPLE, INC.**

20 | 8. Apple Incorporated ("Apple") was a multinational corporation
21 | headquartered in Cupertino, California that designed, developed, and
22 | sold consumer electronic devices, computer software, online services,
23 | and personal computers, including personal cellular telephones with
24 | extensive computing capabilities known as the Apple iPhone ("iPhone")
25 | and a tablet computer known as the Apple iPad ("iPad").

26 | 9. Apple was the owner of numerous trademark registrations with
27 | the United States Patent and Trademark Office for its famous trademarks,
28 | including: (1) Registration No. 3,679,056 for the Apple Logo,

(2) Registration No. 3,928,818 for the "Apple" word mark, (3) Registration No. 3,669,402 for the "iPhone" word mark, and (4) Registration No. 4,537,934 for the "iPad" word mark. All of these Apple trademarks were in full force and effect and were not abandoned at all times relevant to this Indictment.

10. All genuine Apple iPhones had an International Mobile Equipment Identity ("IMEI") number, and a serial number, that are both unique numbers to each device. All genuine Apple iPads had a serial number that is unique to each device, and iPads with cellular connectivity also had an IMEI number that is unique to each device. Removing or altering IMEI or serial numbers of Apple iPhones and iPads interfered with Apple's ability to control the quality of its products bearing the Apple Marks, and the experience of Apple customers whose IMEI and serial numbers were improperly replicated. As a result, an iPhone or iPad without an accurate IMEI or serial number was not an authentic Apple device.

11. Apple provided a one-year warranty for new iPhones and iPads that warrants against product defects and allowed customers to return a non-functioning device to Apple or an authorized Apple reseller and receive a replacement device. Apple also sold insurance protection plans, such as AppleCare+, that extend beyond one year and similarly allowed a customer to return a non-functioning iPhone or iPad and receive a replacement in exchange. It was the general practice of Apple to exchange broken iPhones and iPads, that were covered by an Apple warranty, for new genuine iPhone or iPads for a nominal fee.

//

//

//

4

**PRIVATE AND COMMERCIAL INTERSTATE CARRIERS**

12. FedEx, DHL, and UPS were multinational companies that provided logistics and shipping services, and were private and commercial interstate carriers.

## COUNT 1

### Conspiracy To Commit Wire Fraud and Mail Fraud
### [18 U.S.C. § 1349]

13. The Introductory Allegations in paragraphs 1 to 12 are re-alleged and incorporated.

·14. Beginning on an date unknown to the Grand Jury, but no later than October 2011, and continuing to a date unknown, but no earlier than on about August 2019, within the Southern District of California, and elsewhere, defendants ZHIWEI, ZHIMIN, ZHITING, XIAOMIN, PHILLIP, DAO, MENGMENG, TAM, DEEDEE, DANNY, CHARLEY, JIAYE, HYO, and DMITRI, knowingly and willfully conspired with each other, and other persons known and unknown to the grand jury, to commit the following offenses:

a. **wire fraud**, in violation of Title 18, United States Code, Section 1343; and

b. **mail fraud**, in violation of Title 18, United States Code, Section 1341.

### OBJECT OF THE CONSPIRACY

15. Defendants ZHIWEI, ZHIMIN, ZHITING, XIAOMIN, PHILLIP, DAO, MENGMENG, TAM, DEEDEE, DANNY, CHARLEY, JIAYE, HYO, and DMITRI, along with others known and unknown to the Grand Jury, with the intent to defraud, knowingly participated in, devised, and intended to devise, a material scheme and plan to defraud, and to obtain money and property by materially false and fraudulent pretenses, representations and promises by exchanging broken counterfeit iPhones and iPads at Apple

5

1  Stores throughout the United States and Canada for new genuine iPhones
2  and iPads that would subsequently be shipped to China, and other foreign
3  countries, where the fraudulently obtained Apple products would be sold
4  at a premium in order to unjustly enrich the defendants.

5                              **MANNER AND MEANS**

6      16.  Members of the conspiracy used the following manner and means,
7  among others, to execute the fraudulent exchange scheme and accomplish
8  the object of the conspiracy:

9          a.   ZHIWEI   coordinated   with   XIAOMIN,   and   other
10 co-conspirators   in   China   and   other   foreign   countries,   to   ship
11 counterfeit Apple iPhones and iPads to co-conspirators in San Diego,
12 California.  The counterfeit iPhones and iPads ordered by ZHIWEI were
13 made to appear as genuine Apple products through the inclusion of
14 identification numbers (IMEI and serial numbers) matching genuine
15 identification numbers on real iPhones and iPads that had been sold to
16 customers in the United States and Canada and were under warranty.

17         b.   XIAOMIN   and   other   co-conspirators   in   China   shipped
18 packages containing counterfeit iPhones and iPads to ZHIWEI, which were
19 addressed   to   various   co-conspirators   and   family   members   of
20 co-conspirators in San Diego, California.  XIAOMIN also sent emails to
21 co-conspirators including ZHIWEI, ZHITING, and DAO, that included
22 spreadsheets and text documents reflecting identifying numbers (IMEI and
23 serial numbers) for the counterfeit iPhones and iPads which were shipped
24 to San Diego, California.

25         c.   ZHIMIN, ZHITING, PHILLIP, DEEDEE, DANNY, CHARLEY, JIAYE,
26 HYO, DMITRI, and other co-conspirators, acted as "mules" at the direction
27 of ZHIWEI and traveled to Apple Stores throughout the United States and
28 Canada to exchange counterfeit iPhones and iPads for genuine iPhones and

iPads. Defendants intentionally damaged the counterfeit iPhones and iPads and fraudulently represented the counterfeit devices to be genuine Apple devices that were covered by an Apple warranty knowing that Apple would exchange damaged devices under warranty for new genuine Apple devices.

d. ZHIWEI, ZHIMIN, and other co-conspirators shipped packages of counterfeit iPhones and iPads to PHILLIP, DEEDEE, DANNY, CHARLEY, JIAYE, HYO, DMITRI, and other co-conspirators at hotels and other locations throughout the United States and Canada.

e. After they successfully exchanged broken counterfeit iPhones and iPads for new genuine iPhone and iPads, ZHIMIN, ZHITING, PHILLIP, DEEDEE, DANNY, CHARLEY, JIAYE, HYO, DMITRI, and other co-conspirators shipped the fraudulently obtained Apple products back to ZHIWEI and other co-conspirators in San Diego, California.

f. ZHIWEI, DANNY, and DEEDEE shipped packages containing fraudulently obtained iPhones and iPads to XIAOMIN, and other co-conspirators in China, and other foreign countries.

g. XIAOMIN and other co-conspirators initiated wire transfers at financial institutions in China, and other foreign countries to send money to ZHIWEI and other co-conspirators in the United States where the money was divided among co-conspirators, and used to pay for airline, hotel, and other travel expenses, Apple exchange fees, courier fees, and otherwise promote the counterfeit iPhone and iPad exchange fraud scheme.

h. Over the course of the conspiracy, defendants ZHIWEI, ZHIMIN, ZHITING, PHILLIP, DAO, MENGMENG, TAM, DEEDEE, DANNY, CHARLEY, JIAYE, HYO, and DMITRI, and other co-conspirators, traveled to Apple Stores in more than 40 states throughout the United States, as well as

7

1  Apple Stores in Canada, and attempted to exchange more than 10,000
2  counterfeit iPhones and numerous iPads for genuine iPhones and iPads.
3  Defendants, and other co-conspirators, fraudulently exchanged at least
4  9,550 counterfeit iPhones and numerous counterfeit iPads at Apple Stores
5  throughout the United States and Canada, and Apple conservatively
6  estimates that the total loss associated with the counterfeit iPhone and
7  iPad exchange fraud scheme exceeds $6.1 million.
8  All in violation of Title 18, United States Code, Section 1349.

## COUNTS 2 – 35

### WIRE FRAUD
### [18 U.S.C. §§ 1343 and 2]

12  17.  The Introductory Allegations set forth in paragraphs 1 through
13  12, and the Object of the Conspiracy, and the Manner and Means set forth
14  in paragraphs 15 and 16 of Count 1, are re-alleged as if fully set forth
15  herein.

16  18.  Beginning on a date unknown to the Grand Jury, but no later
17  than October 2011, and continuing to an unknown date, but no earlier
18  than on or about August 2019, defendants ZHIWEI, ZHIMIN, ZHITING,
19  XIAOMIN, PHILLIP, DAO, MENGMENG, TAM, DEEDEE, DANNY, CHARLEY, JIAYE,
20  HYO, and DMITRI, within the Southern District of California, and
21  elsewhere, knowingly and with intent to defraud, devised, executed and
22  attempted to execute a scheme and plan to defraud, and to obtain money
23  and property by means of materially false and fraudulent pretenses,
24  representations, and promises.

25  19.  For the purpose of executing, and attempting to execute, their
26  counterfeit iPhone and iPad exchange fraud scheme, on or about the dates
27  set forth in the following table, within the Southern District of
28  California, and elsewhere, defendants ZHIWEI, ZHIMIN, ZHITING, XIAOMIN,

PHILLIP, DAO, MENGMENG, TAM, DEEDEE, DANNY, CHARLEY, JIAYE, HYO, and DMITRI, knowingly and with intent to defraud, transmitted and caused the transmission of the following writings, signs, signals, and pictures, by means of wire communication in interstate and foreign commerce:

| Count | Date | Wire Communication |
|-------|------|--------------------|
| 2 | 11/30/2014 | XIAOMIN sent an email from China to ZHIWEI in San Diego, California that included two spreadsheets listing the IMEI and serial numbers for counterfeit iPhones that were shipped to co-conspirators in San Diego, California. |
| 3 | 12/07/2014 | XIAOMIN sent an email from China to ZHIWEI in San Diego, California that included two spreadsheets listing the IMEI and serial numbers for counterfeit iPhones that were shipped to co-conspirators in San Diego, California. |
| 4 | 12/18/2014 | XIAOMIN wire transferred $48,148 from an account in China to ZHIWEI's Bank of America account ending -6419 in San Diego, California. |
| 5 | 12/19/2014 | XIAOMIN sent an email from China to ZHIWEI in San Diego, California that included two spreadsheets listing the IMEI and serial numbers for counterfeit iPhones that were shipped to co-conspirators in San Diego, California. |
| 6 | 01/13/2015 | XIAOMIN sent an email from China to ZHIWEI in San Diego, California that included one attached spreadsheet listing the IMEI and serial numbers for counterfeit iPhones that were shipped to co-conspirators in San Diego, California. |
| 7 | 01/16/2015 | XIAOMIN sent a text message from China, using the WhatsApp application, to ZHIWEI in San Diego, California, stating that he (XIAOMIN) sent four packages containing counterfeit iPhones to four different co-conspirators at four different residential addresses. |

9

| Count | Date | Wire Communication |
|-------|------|--------------------|
| 8 | 01/19/2015 | ZHIWEI forwarded an email from San Diego, California to ZHITING, that had been sent to ZHIWEI by XIAOMIN in China, and included a spreadsheet and a text document listing the IMEI and serial numbers of counterfeit iPhones that were shipped to co-conspirators in San Diego, California. |
| 9 | 01/22/2015 | XIAOMIN sent a text message from China, using the WhatsApp application, to ZHIWEI in San Diego, California, indicating that 200 counterfeit iPhones have been transported and there were "100 more in Hong Kong." |
| 10 | 01/24/2015 | ZHIWEI sent a text message from San Diego, California to XIAOMIN in China asking whether the counterfeit iPhones that XIAOMIN was sending to co-conspirators in the United States would be covered by the regular Apple warranty, or the AppleCare+ extended warranty. |
| 11 | 01/24/2015 | ZHITING sent a text message from Florida to DANNY in San Diego, California requesting that DANNY make 120 email accounts, under both male and female names, to allow ZHITING and DEEDEE to make appointments to exchange counterfeit iPhones at Apple stores. |
| 12 | 02/02/2015 | XIAOMIN sent an email from China to ZHIWEI in San Diego, California that included two spreadsheets listing the IMEI and serial numbers for counterfeit iPhones that were shipped to co-conspirators in San Diego, California. |
| 13 | 02/03/2015 | ZHIWEI forwarded an email from San Diego, California to ZHITING in Michigan, PHILLIP and HYO in Texas, CHARLEY in California, and another co-conspirator, that had been sent to ZHIWEI by XIAOMIN in China, and included two spreadsheets listing the IMEI and serial numbers of counterfeit iPhones that were shipped to co-conspirators in San Diego, California. |

| Count | Date | Wire Communication |
|-------|------|--------------------|
| 14 | 03/23/2015 | ZHIWEI forwarded an email from San Diego, California to ZHITING in Texas, that had been sent to ZHIWEI by XIAOMIN in China, and included a spreadsheet listing the IMEI and serial numbers of counterfeit iPhones that were shipped to co-conspirators in San Diego, California. |
| 15 | 04/07/2015 | ZHIWEI sent a text message from San Diego, California to CHARLEY in Illinois for the purpose of obtaining the address of CHARLEY's hotel in Illinois so that ZHIWEI could ship a package of counterfeit iPhones to CHARLEY. |
| 16 | 06/12/2015 | CHARLEY sent a text message from Georgia to ZHIWEI in San Diego, California that included an address in Georgia where ZHIWEI could ship a package of counterfeit iPhones to CHARLEY. |
| 17 | 06/15/2015 | PHILLIP sent a text message from San Diego, California to CHARLEY in Virginia regarding a "batch" of counterfeit iPhones to be shipped to CHARLEY on June 16, 2015. |
| 18 | 07/09/2015 | XIAOMIN sent an email from China to ZHIWEI in San Diego, California that included a spreadsheet titled "Codes Compilation" in Chinese and listing the IMEI and serial numbers for 1,507 counterfeit iPhones that were shipped to co-conspirators in San Diego, California. |
| 19 | 07/11/2015 | HYO sent a text message from Kansas to CHARLEY in San Diego, California with a "list of good [Apple] stores from South to North," and a list of Apple stores to avoid when attempting to exchange counterfeit iPhones, along with the number of counterfeit iPhones that HYO had successfully exchanged at Apple Stores throughout California. |
| 20 | 09/10/2015 | ZHIWEI, in San Diego, California, forwarded an email to ZHIMIN and CHARLEY, who were both on the east coast of the United States, that had been sent to |

11

| Count | Date | Wire Communication |
|-------|------|--------------------|
| | | ZHIWEI by XIAOMIN in China, and included a spreadsheet listing the IMEI and serial numbers for counterfeit iPhones that had been shipped to co-conspirators in San Diego, California. |
| 21 | 09/12/2015 | CHARLEY sent a text message from North Carolina to ZHIWEI in San Diego, California indicating that the counterfeit iPhones he had received from ZHIWEI "look so fake." |
| 22 | 10/24/2015 | ZHIWEI, in San Diego, California, forwarded an email to ZHIMIN and JIAYE, who were both in Texas, that had been sent to ZHIWEI by XIAOMIN in China, and included a spreadsheet listing the IMEI and serial numbers for counterfeit iPhones that had been shipped to co-conspirators in San Diego, California. |
| 23 | 10/28/2015 | ZHIWEI, in San Diego, California, forwarded an email to PHILLIP and CHARLEY, who were both passengers on a flight from San Diego to Texas that departed two hours prior, that had been sent to ZHIWEI by XIAOMIN in China, and included a spreadsheet listing the IMEI and serial numbers for counterfeit iPhones that had been shipped to co-conspirators in San Diego, California. |
| 24 | 10/31/2015 | XIAOMIN sent an email from China to ZHIWEI in San Diego, California that included a spreadsheet listing the IMEI and serial numbers for counterfeit iPhones that were shipped to co-conspirators in San Diego, California. |
| 25 | 11/07/2015 | CHARLEY sent a text message from Florida to DEEDEE in San Diego, California with a photograph of a FedEx receipt for the shipment of a package of fraudulently obtained iPhones to be sent to Z-Tech Loop in San Diego, California. In the text message string, CHARLEY indicated that 85 counterfeit iPhones were successfully exchanged, and six counterfeit iPhones had been rejected for exchange. |

| Count | Date | Wire Communication |
|-------|------|--------------------|
| 26 | 11/12/2015 | DEEDEE sent a text message from San Diego, California to DANNY in China asking DANNY when he was going to be back in San Diego because ZHIWEI asked DEEDEE to give "some phones" to DANNY. |
| 27 | 11/17/2015 | CHARLEY sent a text message from Texas to ZHIWEI in San Diego, California with a photograph of a FedEx receipt for the shipment of a package of fraudulently obtained iPhones to be sent to Z-Tech Loop in San Diego, California, and photographs of handwritten notes indicating that CHARLEY and PHILLIP had successfully exchanged 81 counterfeit iPhones and 17 counterfeit iPhones had been rejected for exchange by the Apple Stores. |
| 28 | 11/19/2015 | DANNY sent text message from Illinois using the WhatsApp application, to DEEDEE in San Diego, California, indicating that DANNY had enough counterfeit iPhones for his trip, and he had successfully exchanged 26 counterfeit iPhones at Apple Stores at that point in the trip. |
| 29 | 03/30/2016 | XIAOMIN sent an email from China to DAO in San Diego, California that included a spreadsheet listing the IMEI and serial numbers for counterfeit iPhones that were shipped to co-conspirators in San Diego, California. |
| 30 | 04/01/2016 | XIAOMIN sent an email from China to DAO in San Diego, California that included seven attached spreadsheets listing the IMEI and serial numbers for counterfeit iPhones that were shipped to co-conspirators in San Diego, California. |
| 31 | 04/11/2016 | XIAOMIN sent an email from China to DAO in San Diego, California with four spreadsheets listing the IMEI and serial numbers for counterfeit iPhones that were shipped to co-conspirators in San Diego, California. |

| Count | Date | Wire Communication |
|-------|------|--------------------|
| 32 | 04/11/2016 | XIAOMIN sent an email from China to DAO in San Diego, California with one spreadsheet listing the IMEI and serial numbers for counterfeit iPhones that were shipped to co-conspirators in San Diego, California. |
| 33 | 04/16/2016 | XIAOMIN sent an email from China to DAO in San Diego, California with a text document listing the IMEI and serial numbers for counterfeit iPhones that had shipped to co-conspirators in San Diego, California. |
| 34 | 04/22/2016 | XIAOMIN sent an email from China to DAO in San Diego, California with an attached text document listing the IMEI and serial numbers of counterfeit iPhones that were shipped to co-conspirators in San Diego, California. |
| 35 | 04/29/2016 | XIAOMIN sent an email from China to DAO in San Diego, California that included seven attached spreadsheets listing the IMEI and serial numbers for counterfeit iPhones that were shipped to co-conspirators in San Diego, California. |

All in violation of Title 18, United States Code, Sections 1343 and 2, and <u>Pinkerton v. United States</u>, 328 U.S. 640 (1946).

## COUNTS 36 – 72

### MAIL FRAUD
### [18 U.S.C. §§ 1341 and 2]

20.   The Introductory Allegations set forth in paragraphs 1 through 12, and the Object of the Conspiracy, and the Manner and Means set forth in paragraphs 15 and 16 of Count 1, are re-alleged as if fully set forth herein.

21.   Beginning on a date unknown to the Grand Jury, but no later than October 2011, and continuing to an unknown date, but no earlier than on or about August 2019, defendants ZHIWEI, ZHIMIN, ZHITING,

XIAOMIN, PHILLIP, DAO, MENGMENG, TAM, DEEDEE, DANNY, CHARLEY, JIAYE, HYO, and DMITRI within the Southern District of California, and elsewhere, knowingly and with intent to defraud, devised, executed and attempted to execute, a scheme and plan to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises.

22. For the purpose of executing, and attempting to execute, the counterfeit iPhone and iPad exchange fraud scheme, on or about the dates set forth in the following table, within the Southern District of California, and elsewhere, defendants ZHIWEI, ZHIMIN, ZHITING, XIAOMIN, PHILLIP, DAO, MENGMENG, TAM, DEEDEE, DANNY, CHARLEY, JIAYE, HYO, and DMITRI, knowingly and with intent to defraud, deposited and caused to be deposited, and received therefrom, packages that were sent and delivered by private and commercial interstate carrier:

| Count | Date | Shipment |
|---|---|---|
| 36 | 11/20/2014 | ZHIWEI sent a package containing fraudulently obtained iPhones via FedEx from San Diego, California to Hong Kong. |
| 37 | 11/29/2014 | TAM received a package containing counterfeit iPhones that had been sent from Hong Kong via DHL to TAM's residence in San Diego, California. |
| 38 | 12/06/2014 | TAM received a package containing counterfeit iPhones that had been sent from Hong Kong via DHL to TAM's residence in San Diego, California. |
| 39 | 12/10/2014 | ZHIWEI sent four packages containing fraudulently obtained iPhones via FedEx from San Diego, California to Hong Kong. |
| 40 | 01/17/2015 | DANNY received a package containing counterfeit iPhones that had been sent from Hong Kong via DHL to DANNY's residence in San Diego, California. |

15

| Count | Date | Shipment |
|-------|------|----------|
| 41 | 01/17/2015 | TAM received a package containing counterfeit iPhones that had been sent from Hong Kong via DHL to TAM's residence in San Diego, California. |
| 42 | 01/17/2015 | DEEDEE received a package containing counterfeit iPhones that had been sent from Hong Kong via DHL to DEEDEE's residence in San Diego, California. |
| 43 | 01/17/2015 | DAO received a package containing counterfeit iPhones that had been sent from Hong Kong via DHL to DAO's mother's residence in San Diego, California. |
| 44 | 01/26/2015 | ZHITING sent a package containing fraudulently obtained iPhones via FedEx from Tennessee to ZHIWEI in San Diego, California. |
| 45 | 01/27/2015 | DANNY received a package containing counterfeit iPhones that had been sent from Hong Kong via DHL to DANNY's residence in San Diego, California. |
| 46 | 01/27/2015 | TAM received a package containing counterfeit iPhones that had been sent from Hong Kong via DHL to TAM's residence in San Diego, California. |
| 47 | 01/27/2015 | DAO received a package containing counterfeit iPhones that had been sent from Hong Kong via DHL to DAO's mother's residence in San Diego, California. |
| 48 | 02/02/2015 | TAM received a package containing counterfeit iPhones that had been sent from Hong Kong via DHL to TAM's residence in San Diego, California. |
| 49 | 02/02/2015 | DAO received a package containing counterfeit iPhones that had been sent from Hong Kong via DHL to DAO's mother's residence in San Diego, California. |

16

| Count | Date | Shipment |
|-------|------|----------|
| 50 | 02/12/2015 | ZHIWEI sent one package containing fraudulently obtained iPhones via FedEx from San Diego, California to Hong Kong. |
| 51 | 02/27/2015 | PHILLIP sent a package containing counterfeit iPhones via FedEx from San Diego, California to HYO at a hotel in Georgia. |
| 52 | 03/16/2015 | TAM received a package containing counterfeit iPhones that had been sent from Hong Kong via DHL to TAM's residence in San Diego, California. |
| 53 | 03/16/2015 | DAO received a package containing counterfeit iPhones that had been sent from Hong Kong via DHL to DAO's mother's residence in San Diego, California. |
| 54 | 03/16/2015 | MENGMENG received a package containing counterfeit iPhones that had been sent from Hong Kong via DHL to MENGMENG's residence in San Diego, California. |
| 55 | 04/07/2015 | ZHIWEI sent a package containing counterfeit iPhones via FedEx from San Diego, California to CHARLEY at a hotel in Illinois. |
| 56 | 05/19/2015 | HYO sent a package containing fraudulently obtained iPhones via FedEx from Texas to ZHIWEI in San Diego, California. |
| 57 | 06/05/2015 | ZHITING sent a package containing fraudulently obtained iPhones and one counterfeit iPhone via FedEx from Texas to ZHIWEI in San Diego, California. |
| 58 | 06/05/2015 | ZHIWEI sent one package containing fraudulently obtained iPhones via FedEx from San Diego, California to Company 1 in Hong Kong. |

| Count | Date | Shipment |
|-------|------|----------|
| 59 | 06/09/2015 | HYO sent a package containing fraudulently obtained iPhones and one counterfeit iPhone via FedEx from Utah to ZHIWEI in San Diego, California. |
| 60 | 06/12/2015 | CHARLEY sent a package containing fraudulently obtained iPhones and one counterfeit iPhone that had been rejected by an Apple Store via FedEx from Texas to ZHIWEI in San Diego, California. |
| 61 | 06/19/2015 | CHARLEY sent a package containing fraudulently obtained iPhones and counterfeit iPhones that had been rejected by Apple Stores via FedEx from Texas to ZHIWEI in San Diego, California. |
| 62 | 06/29/2015 | PHILLIP sent a package containing fraudulently obtained iPhones and counterfeit iPhones that had been rejected by Apple Stores via FedEx from Maryland to ZHIWEI in San Diego, California. |
| 63 | 07/17/2015 | ZHIMIN sent a package containing fraudulently obtained iPhones and counterfeit iPhones that had been rejected by Apple Stores via FedEx from Florida to ZHIWEI in San Diego, California. |
| 64 | 07/20/2015 | JIAYE received a package containing counterfeit iPhones that had been sent from Hong Kong via DHL to JIAYE's residence in San Diego, California. |
| 65 | 07/21/2015 | JIAYE received a package containing counterfeit iPhones that had been sent from Hong Kong via DHL to JIAYE's residence in San Diego, California. |
| 66 | 07/21/2015 | DEEDEE received a package containing counterfeit iPhones that had been sent from Hong Kong via DHL to DEEDEE's residence in San Diego, California. |

18

| Count | Date | Shipment |
|-------|------|----------|
| 67 | 07/24/2015 | PHILLIP sent a package containing fraudulently obtained iPhones and counterfeit iPhones that had been rejected by Apple Stores via FedEx from Illinois to ZHIWEI in San Diego, California. |
| 68 | 07/27/2015 | ZHIMIN sent a package containing fraudulently obtained iPhones and counterfeit iPhones that had been rejected by Apple Stores via FedEx from Maryland to ZHIWEI in San Diego, California. |
| 69 | 09/15/2015 | ZHIMIN sent a package containing fraudulently obtained iPhones via FedEx from Florida to ZHIWEI in San Diego, California. |
| 70 | 11/07/2015 | CHARLEY sent a package containing fraudulently obtained iPhones and counterfeit iPhones that had been rejected by Apple Stores via FedEx from Florida to DEEDEE in San Diego, California. |
| 71 | 11/21/2015 | CHARLEY sent a package containing fraudulently obtained iPhones and counterfeit iPhones that had been rejected by Apple Stores via FedEx from Texas to ZHIWEI in San Diego, California. |
| 72 | 11/22/2015 | CHARLEY sent a package containing fraudulently obtained iPhones and counterfeit iPhones that had been rejected by Apple Stores via FedEx from Ohio to ZHIWEI in San Diego, California. |

All in violation of Title 18, United States Code, Sections 1341 and 2, and Pinkerton v. United States, 328 U.S. 640 (1946).

### COUNT 73

### Conspiracy to Traffic in Counterfeit Goods
### [18 U.S.C. § 2320]

23. The Introductory Allegations set forth in paragraphs 1 through 12, the Object of the Conspiracy, the Manner and Means set forth in

paragraphs 15 and 16 of Count 1, and the Wire and Mail Fraud Counts, Counts 2 through 62, are re-alleged as if fully set forth herein.

24. Beginning on a date unknown to the Grand Jury, but no later than October 2011, and continuing to an unknown date, but no earlier than on or about August 2019, within the Southern District of California, and elsewhere, defendants ZHIWEI, ZHIMIN, ZHITING, XIAOMIN, PHILLIP, DAO, MENGMENG, TAM, DEEDEE, DANNY, CHARLEY, JIAYE, HYO, and DMITRI, did intentionally conspire and agree with one another, and with other persons known and unknown to the Grand Jury, to traffic in counterfeit goods, to wit: by making, importing, possessing with intent to transfer, and by transporting, transferring, and exchanging counterfeit iPhones and iPads for new genuine iPhones, and iPads, for the purposes of commercial advantage and private financial gain, and thereby knowingly used counterfeit marks, that is, U.S. Trademark Registration No. 3,679,056 for the Apple Logo, U.S. Trademark Registration No. 3,928,818 for the "Apple" word mark, U.S. Trademark Registration No. 3,669,402 for the "iPhone" word mark, and U.S. Trademark Registration No. 4,537,934 for the "iPad" word mark, on and in connection with such goods, each counterfeit mark being identical with and substantially indistinguishable from a mark registered for those devices on the principal register in the United States Patent and Trademark office, and the use thereof was likely to deceive and cause confusion and mistake, all in violation of Title 18, United States Code, Sections 2320(a), (b) and (f)(1).

### COUNT 74

#### Aggravated Identity Theft
#### [18 U.S.C. §§ 1028A and 2]

25. The Introductory Allegations set forth in paragraphs 1 through 12, the Object of the Conspiracy, the Manner and Means set forth in paragraphs 15 and 16 of Count 1, and the Wire and Mail Fraud Counts, Counts 2 through 62, are re-alleged as if fully set forth herein.

26. On or about December 18, 2014, within the Southern District of California, defendant DANNY TRAN CHAN, aka "Stanley," knowingly and without lawful authority, transferred, possessed, and used a means of identification of another person, that is, telecommunication identifying information, to wit, the IMEI number ending -1649 of an iPhone owned and used by N. R., during and in relation to the felony offense of conspiracy to commit mail fraud and wire fraud, in violation of Title 18, United States Code, Section 1349; all in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

### COUNT 75

#### Aggravated Identity Theft
#### [18 U.S.C. §§ 1028A and 2]

27. The Introductory Allegations set forth in paragraphs 1 through 12, the Object of the Conspiracy, the Manner and Means set forth in paragraphs 15 and 16 of Count 1, and the Wire and Mail Fraud Counts, Counts 2 through 62, are re-alleged as if fully set forth herein.

28. On or about December 21, 2014, within the Southern District of California, defendant PHILLIP PAK, aka "Teddy," knowingly and without lawful authority transferred, possessed, and used a means of identification of another person, that is, telecommunication identifying information, to wit, the IMEI number ending -9155 of an iPhone owned and used by C.P., during and in relation to the felony offense of

21

1  conspiracy to commit mail fraud and wire fraud, in violation of Title 18,

2  United States Code, Section 1349; all in violation of Title 18, United

3  States Code, Sections 1028A(a)(1) and 2.

### Count 76

**Conspiracy To Launder Money -- International Promotion**
**[18 U.S.C. §§ 1956(a)(2)(A) and 1956(h)]**

29.  Beginning on a date unknown to the Grand Jury, but no later than October 2011, and continuing to an unknown date, but no earlier than on or about August 2019, within the Southern District of California and elsewhere, defendants ZHIWEI and XIAOMIN did knowingly combine, conspire, and agree with each other, and with other persons known and unknown to the grand jury, to commit a money laundering offense against the United States, that is, to transmit and transfer a monetary instrument and funds from or through a place outside the United States to a place in the United States, with the intent to promote the carrying on of specified unlawful activity, that is, wire fraud, mail fraud, and conspiracy to traffic in counterfeit goods, in violation of Title 18, United States Code, Section 1956(a)(2)(A).

All in violation of Title 18, United States Code, Section 1956(h).

### FORFEITURE ALLEGATIONS

30.  The allegations contained in Counts 1 through 73 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

31.  Upon conviction of one or more of the offenses set forth in Counts 1 through 73, defendants ZHIWEI, ZHIMIN, ZHITING, XIAOMIN, PHILLIP, DAO, MENGMENG, TAM, DEEDEE, DANNY, CHARLEY, JIAYE, HYO, and DMITRI, shall forfeit to the United States of America, pursuant to

Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United
States Code, Section 2461(c), any property, real or personal, which
constitutes or is derived from proceeds traceable to the offenses.

   The real property subject to forfeiture shall include, but are not
limited to the following five parcels of land, together with all
buildings, appurtenances, improvements, fixtures, attachments, and
easements, located at (1) 8747 Longwood Street, San Diego, California;
(2) 8007 New Salem Street, San Diego, California; (3) 8422 Menkar Road,
San Diego, California; (4) 9005 Ticket Street, San Diego, California,
and (5) 412 San Alberto Way, San Diego, California, more particularly
described as:

###     a.   **8747 Longwood Street, San Diego, California**

APN: 311-102-21-00, titled in the name of ZHIMIN LIAO, and further
described as:

LOT 1016 OF THE MIRA MESA VERDE UNIT NO. 10 SUBDIVISION IN THE CITY
OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING
TO MAP THEREOF NO. 6571, FILED IN THE OFFICE OF COUNTY RECORDER,
JANUARY 13, 1970.

###     b.   **8007 New Salem Street, San Diego, California**

APN: 311-291-06-00, titled in the name of MENGMENG ZHANG, a married
woman as her sole and separate property and further described as:

LOT 3952 OF MESA VERDE UNIT NO. 18, IN THE CITY OF SAN DIEGO, COUNTY
OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO.
7160, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO
COUNTY, DECEMBER 31, 1971.

###     c.   **8422 Menkar Road, San Diego, California**

APN: 309-271-01-00, titled in the name of ZHIMIN LIAO, a single
man, and further described as:

23

LOT 39, AS SHOWN ON THAT CERTAIN MAP ENTITLED MIRA MESA NORTH UNIT ONE, WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP NO. 7938, FILED ON MAY 20, 1974.

d. **9005 Ticket Street, San Diego, California**

APN: 318-483-08-00, titled in the names of ZHIWEI LIAO and DAO T. LA, husband and wife, and further described as:

LOT 60 OF MESA WOOD, IN THE CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO THE MAP THEREOF NO. 8678, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, SEPTEMBER 23, 1977.

e. **412 San Alberto Way, San Diego, California**

APN: 548-281-01-00, titled in the name of Manh Nhu Nguyen, as Trustee of the M & T Nguyen Family Trust, and further described as:

LOT 147 OF EUCLID MANOR, IN THE CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 2752, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, FEBRUARY 9, 1951.

32. Upon conviction of the offense set forth in Count 76 of this Indictment, defendants ZHIWEI and XIAOMIN shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real and personal, involved in the offense and any property traceable to such property.

33. If any of the above described forfeitable property, as a result of any act or omission of defendants ZHIWEI, ZHIMIN, ZHITING, XIAOMIN, PHILLIP, DAO, MENGMENG, TAM, DEEDEE, DANNY, CHARLEY, JIAYE, HYO, and DMITRI:

//

//

//

24

a.     cannot be located upon the exercise of due diligence;

b.     has been transferred or sold to, or deposited with, a third person;

c.     has been placed beyond the jurisdiction of the Court;

d.     has been substantially diminished in value;

e.     or has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code 982(b), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(1), and Title 28, United States Code, Section 2461(c).

DATED: October 31, 2019.

A TRUE BILL:

Foreperson

ROBERT S. BREWER, JR.
United States Attorney

By:

TIMOTHY F. SALEL
Assistant U.S. Attorney

AO 442

# United States District Court



RECEIVED
U.S. MARSHALS S/ **SOUTHERN DISTRICT OF CALIFORNIA**

2019 NOV -1 AM 11: 53
UNITED STATES OF AMERICA

v.

Jiaye Jiang (12) aka Joejoekong aka Yipkong

**WARRANT FOR ARREST**

**Case Number:**   19cr4407BAS-12

## NOT FOR PUBLIC VIEW

To:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest       Jiaye Jiang (12) aka Joejoekong aka Yipkong
<span style="font-size:small">Name</span>

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition
☐ Pretrial Violation

charging him or her with  (brief description of offense):
18:1349 - Conspiracy to commit Mail Fraud and Wire Fraud
18:1343;18:2 – Wire Fraud; Aiding and Abetting
18:1341;18:2 – Mail Fraud; Aiding and Abetting
18:2320 - Conspiracy to Traffic in Counterfeit Goods
18:981(a)(1)(C),982(a)(1),28:2461(c) – Criminal Forfeiture

In violation of Title        See Above        United States Code, Section(s)

John Morrill
<span style="font-size:small">Name of Issuing Officer</span>

Clerk of the Court
<span style="font-size:small">Title of Issuing Officer</span>

s/ S. Dunbar     S. DUNBAR  (SEAL)
<span style="font-size:small">Signature of Deputy</span>

11/01/2019 San Diego, CA
<span style="font-size:small">Date and Location</span>

Bail fixed at $        No Bail          by       The Honorable Barbara L. Major
<span style="font-size:small">Name of Judicial Officer</span>

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |